FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA LAUGHLIN, individually and for Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, and RENAL CARE GROUP, INC.,<br><br>                Defendants. | NO. 2:23-CV-0180-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

BEFORE THE COURT are the parties' Stipulated Motion to Dismiss. ECF No. 47. The parties agree that Plaintiffs' claims shall be dismissed with prejudice and each party shall bear their own costs and attorneys' fees. ECF No. 47. The Court has reviewed the record and files herein and is fully informed.

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a case if the parties file and sign a stipulation to dismiss.

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Parties' Stipulated Motion to Dismiss (ECF No. 47) is **GRANTED.**

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is **DISMISSED** with prejudice and without costs, and each party bearing their own attorneys' fees and costs.

3. The deadlines, hearings and trial date are **VACATED.**

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 4, 2025



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2